Argued and submitted September 3, affirmed November 19, 1997

In the Matter of the Compensation of
Joann S. Robison, Claimant.

SAIF CORPORATION
and Roberts Street Clinic,
*Petitioners,*

*v.*

Joann S. ROBISON
and Legacy Health System,
*Respondents.*

(WCB Nos. 95-08286, 95-08259; CA A94627)

948 P2d 730

David L. Runner, Appellate Counsel, argued the cause for petitioners. On the brief was Julene M. Quinn, Appellate Counsel.

Michael A. Bliven and Law Offices of Peter O. Hansen filed the brief for respondent Joann S. Robinson.

Eric R. Miller waived appearance for respondent Legacy Health System.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Affirmed. *Dean Warren Plumbing v. Brenner*, 150 Or App 422, 946 P2d 356 (1997).